IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONA GUTHERMAN and CAROLINE BRODIE, individually and on behalf of all others similarly situated, | CIVIL ACTION <br><br> NO. 16-cv-02592-BMS |
| Plaintiffs, | |
| v. | |
| LUKOIL AMERICAS CORPORATION and LUKOIL NORTH AMERICA, LLC, | |
| Defendants. | |

## LUKOIL NORTH AMERICA LLC'S RULE 7.1 DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, defendant LUKOIL North America LLC states that it is (i) a wholly-owned subsidiary of LUKOIL Americas Corporation and (ii) an indirect wholly-owned subsidiary of PJSC LUKOIL, a publicly traded Russian public joint stock company that trades on the London Stock Exchange as well as stock exchanges in Russia.[1]

Respectfully submitted,

Dated:  July 6, 2016

/s/   Katherine M. Katchen
(I.D. No. 80395)

Akin Gump Strauss Hauer & Feld LLP
2001 Market Street, Ste. 4100
Philadelphia, PA  19103
(215) 965-1200
(215) 965-1210 (fax)

---

[1] In July 2015, to comply with Russian legal requirements regarding corporate names, the name of OAO LUKOIL (also known as Open Joint Stock Company or OJSC LUKOIL) was changed to Public Joint Stock Company LUKOIL (PJSC LUKOIL or PAO LUKOIL).

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served on July 6, 2016, by the Court's Electronic Case Filing system and by electronic mail on all counsel of record.

/s/   Katherine M. Katchen